Timothy J. Thomason (#009869)
Tim.Thomason@mwmf.com
Tricia Schafer (#18748)
Tricia.Schafer@mwmf.com
**MARISCAL, WEEKS, MCINTYRE**
   **& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denny's, Inc., a California corporation; DFO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Kennedy Restaurants, L.L.C., an Arizona limited liability company; Sandra D. Kennedy and John Doe Kennedy, husband and wife; M.C. Burton, Jr., and Jane Doe Burton, husband and wife,<br><br>Defendants.<br><br>Kennedy Restaurants, L.L.C., an Arizona limited liability company; Sandra D. Kennedy and M.C. Burton, Jr.,<br><br>Counterclaimants,<br><br>vs.<br><br>Denny's Inc., a California corporation; DFO, LLC, a Delaware limited liability company,<br><br>Counterdefendants. | **NO. 2:09 CV 00741-SRB**<br><br>**RESPONSE TO MOTION TO EXPEDITE** |

1    Pursuant to this Court's January 7, 2010 Order, Defendants Kennedy Restaurants, L.L.C., Sandra D. Kennedy and M.C. Burton Jr., by and through undersigned counsel, hereby respond to Plaintiffs' Motion to Expedite.

The Motion to Expedite provides no compelling reason to adjust the briefing schedule for the pending Motion for Summary Judgment – the response to which would ordinarily be due on February 8, 2010. Fed. R. Civ. P. 6(e), 56(c)(1), LRCiv. 56.1(d). Having failed twice to obtain provisional relief, plaintiffs now make an improper attempt to get an "instant" remedy without any justifiable basis, and to put undue pressure on defendants.

Plaintiffs essentially contend that they are entitled to expedited briefing because (a) they are certain that they will win on summary judgment and want to bring this case to a rapid conclusion, and (b) their records show that Defendants have failed to make payments in accordance with the Agreements at issue in this case.

These reasons are unpersuasive. If plaintiffs are so confident they will win, and if they wanted such an order sooner rather than later, they should have moved for summary judgment prior to January 5. If plaintiffs' records indeed establish that defendants have been in default for the past 12 weeks [Motion at 3], it is inexplicable why Plaintiffs waited so long to bring the alleged delinquency to anyone's attention.

Defendants take the allegations in the Motion for Summary Judgment seriously. Defendants have never believed that the Court's denial of plaintiffs' request for a TRO and plaintiffs' request for a preliminary injunction entitled them to a "free ride" until this case is resolved. [*Cf.* Motion at 3] Defendants are in the process of gathering documentation regarding recent payments. Defendants are fully prepared to respond to the Motion for Summary Judgment in the time provided under the Rules.

Based upon the foregoing, defendants respectfully request that the Motion to Expedite be denied.

**RESPECTFULLY SUBMITTED** this 11th day of January, 2010.

        **MARISCAL, WEEKS, MCINTYRE**
          **& FRIEDLANDER, P.A.**

       By: s/ Tricia Schafer
         Timothy J. Thomason
         Tricia Schafer
         2901 North Central Avenue, Suite 200
         Phoenix, Arizona 85012-2705
         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2010 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Aaron Schepler
       scheplera@gtlaw.com
        Jeffrey Harris Wolf
        wolfj@gtlaw.com
        Kami M. Hoskins
       hoskinsk@gtlaw.com
       Greenberg Traurig LLP
     2375 E. Camelback Road, Suite 700
        Phoenix, AZ 85016
       Attorneys for Plaintiffs

s/ Kristi Arendt