IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denny's, Inc., et al., | No. CV09-0741-PHX-SRB |
| Plaintiffs, | **ORDER** |
| vs. | |
| Kennedy Restaurants, L.L.C., et al., | |
| Defendants. | |

The Court has considered Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Motion for Summary Judgment and for Injunctive Relief, Defendants' response in opposition and the reply.

IT IS ORDERED denying Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Motion for Summary Judgment and for Injunctive Relief. Briefing for Plaintiffs' Motion for Summary Judgment and for Injunctive Relief will be in accordance with the Local Rules. (Doc. 78).

DATED this 28th day of January, 2010.

Susan R. Bolton
United States District Judge